**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARTIN ANTONIO SOLOMON,

Plaintiff,

Case No. 2:26-cv-12509
Hon. Matthew F. Leitman

v.

CHANCEY, ET. AL.,

Defendants,

______________________________________/

**JUDGMENT**

The above-entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on October 6, 2026.

IT IS ORDERED AND ADJUDGED that:

(1) The Complaint is DISMISSED WITH PREJUDICE.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 6, 2026
Detroit, Michigan