UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN ANTONIO SOLOMON,

Plaintiff,

Case No. 26-cv-12509
Hon. Matthew F. Leitman

v.

CHANCEY, *et al.*,

Defendants,

______________________________________/

**JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 8, 2026
Detroit, Michigan